CITY OF MIAMI, *et al.,* v. STATE OF FLORIDA *ex rel.* E. G. BLACKWELL.

2 So. (2nd) 381
Division A
Opinion Filed May 16, 1941

*Lewis Twyman* and *J. W. Watson, Jr.,* for Plaintiffs in Error;

*D. W. Bell* and *R. K. Bell,* for Defendants in Error.

PER CURIAM.—No error having been made clearly to appear in the record proper and no motion for new trial having been presented as a basis for an examination of the evidence offered in the circuit court (Vassar, *et al.,* v. State *ex rel.* Gleason, *et al.,* 139 Fla. 213, 190 So. 434), it is ordered that the judgment be—

Affirmed.

BROWN, C. J., TERRELL, ADAMS and THOMAS, J. J., concur.